HUBBARD & HOPKINS vs. BALDWIN & BLANCHARD.

Whether the sheriff's commission be due, on an order of seizure, without a sale.

THE plaintiffs, having sued out an order of seizure, under which the property of the defendants was taken, they filed an answer, and an order was obtained for the suspension of the sale: the cause was tried, and judgment being given for the plaintiffs, the defendants paid the amount of it, before any writ issued for the sale of the property seized.

Hopkins, on the behalf of the sheriff. Before the property should be restored, the defendants should pay his poundage, under the act of 1805, ch. 49, which provides that the sheriff shall be entitled to receive the compensation specified in the act of the same year, ch. 36, s. 3, for the levying monies by writ of *fieri facias*, in all cases where the money shall not be paid within seventy-two hours from the time the said writ of execution shall have been served. A writ of seizure is as completely a *fieri facias*, or writ of execution, as that which issues after judgment in Court.

*I. Baldwin*, for the defendants. A writ of sei-
zure is the original process, in a suit for the re-
covery of money, secured by mortgage. If the
parties disagree on their respective rights, this
mode of instituting a suit, is the only proper one.
More than seventy-two hours must elapse in eve-
ry case, before the controversy be determined, and
according to the proposition advanced, the defen-
dant must ever be mulcted. If he succeeds, surely
he must get rid of the poundage ; the rule must
be the same if, during the pendency of the suit,
and even afterwards, the matter be settled in any
manner that renders a sale unnecessary.

*By the Court.* Whatever may be the com-
pensation due to the sheriff, when a writ of sei-
zure is proceeded upon until the property is actu-
ally sold, he has no right of poundage till then.
Surely he must be remunerated, for his pains and
responsibility in seizing and keeping the property.
The act of 1805, ch. 36, did not allow any poun-
dage to the sheriff, on a writ of *fieri facias* which
was not followed by a sale : and the act of the
same year, chap. 49, which allows poundage when
the money is not paid within seventy-two hours
after the writ is served, must be construed strict-
ly, and confined to writs of *fieri facias*, and not
extended to similar writs. Most writs of seizure
issue against landed property, the seizing and

Spring 1812.
II. District.

Hubbard &
Hopkins
*vs.*
Baldwin &
Blanchard.

SPRING 1812
II. District.

HUBBARD &
HOPKINS
*vs,*
BALDWIN &
BLANCHARD.

keeping of which require, in general, but little care.

THE writ of seizure, when it does not occasion a sale, has a greater resemblance to the writ of attachment—it requires no greater trouble or care, and is not attended with more responsibility. The act of 1805, ch. 36, provides that the sheriff's account, for keeping property seized and held under attachment, shall be settled and allowed by the Court, in case of dispute. The rule ought to be the same in this case.

\*\*\* THE sheriff appearing dissatisfied, and it being suggested that the practice had been otherwise, no judgment was given, and the case was reserved for the opinion of all the judges.